IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| RANDY HOOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 605-065 |
| | ) |
| GLENN RICH, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motions for summary judgment (doc. nos. 4 & 10) are **GRANTED IN PART** and **DENIED IN PART**.

SO ORDERED this 7 day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT