UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RANDY HOOKS,

    Plaintiff,

v.            605CV065

GLENN RICH, Warden, et al.,

    Defendants.

## ORDER

The issue in this excessive-force, 42 U.S.C. § 1983 prisoner case is whether inmate-plaintiff Randy Hooks was brutalized by prison guard Reginald T. Langston in violation of, *inter alia*, plaintiff's Eighth Amendment rights. Doc. # 1. Defendants Glenn Rich and R.D. Collins successfully moved for summary judgment, doc. # 106, and in its last Order the Court addressed a defense *in limine* motion. *Id.* at 12-15. In a subsequent proposed Pretrial Order (PTO), however, Langston states that he

> intends to file a Motion in Limine within the deadline established by the Court, seeking to exclude evidence and argument concerning other alleged incidents of the use of excessive force, in light of the elimination from the case of all supervisory liability issues. Defendant may include other grounds in said motion, depending upon the Plaintiffs intentions expressed in this Pretrial Order.

Doc. # 109 at 2; *see also id.* at 10.

This case is ready for trial. The parties shall file any and all remaining motions within 15 days of the date this Order is served. Before filing any more *in limine* motions, Counsel shall consult the Court's *in limine* Order issued this day in *Graham v. Burns*, 405CV080, as similar case in which the Court has comprehensively addressed many of the same issues likely to arise in this case.

This __17__ day of May, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA